NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUDOLPH DECAMBRA, AKA Anthony Decambra, AKA Rudolph Anthony Decambra, AKA Rudy Decambra, AKA Roland James, AKA Andrew Lyon, AKA Ray Wilson,<br><br>       Petitioner,<br><br>  v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>       Respondent. | No. 13-73573<br><br>Agency No. A027-251-462<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 9, 2015[**]

Before:     WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Rudolph Decambra, a native and citizen of Guyana, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for protection under the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

Convention Against Torture ("CAT"). We have jurisdiction under

8 U.S.C. § 1252. We review for substantial evidence the agency's factual

findings. *Arbid v. Holder*, 700 F.3d 379, 385-86 (9th Cir. 2012). We deny the

petition for review.

Substantial evidence supports the agency's denial of Decambra's CAT claim

because Decambra failed to establish it is more likely than not he would be

tortured by or with the consent or acquiescence of the government if returned to

Guyana. *See Alphonsus v. Holder*, 705 F.3d 1031, 1049-50 (9th Cir. 2013). We

reject Decambra's contention that the BIA did not consider Decambra's news

article or all of the country report.

**PETITION FOR REVIEW DENIED.**